Cite as 2026 Ark. App. 131

# ARKANSAS COURT OF APPEALS
## DIVISION IV
### No. CR-25-413

| | | |
|---|---|---|
| RONNIE TUCKER | | Opinion Delivered February 25, 2026 |
| | APPELLANT | |
| | | APPEAL FROM THE SALINE COUNTY CIRCUIT COURT [NO. 63CR-24-649] |
| V. | | |
| STATE OF ARKANSAS | | HONORABLE KEN CASADY, JUDGE |
| | APPELLEE | |
| | | AFFIRMED |

**CINDY GRACE THYER, Judge**

This is a companion case to *Tucker v. State*, 2026 Ark. App. 130, ___ S.W.3d ___, also handed down today. Ronnie Tucker appeals from the termination of his participation in the Saline County Drug Court program. He argues, as he does in the companion case, that he was improperly "revoked" on the basis of an unwritten condition in violation of his due-process rights; in addition, he asserts that the circuit judge should have recused himself from the proceedings against him. We find no error and affirm.

Tucker was charged in case number 63CR-24-649 as a habitual offender with possession of a controlled substance (methamphetamine), possession of a controlled substance (marijuana), and failure to appear. In the companion case, case number 63CR-24-563, he was charged with possession of a controlled substance, possession of drug paraphernalia, and failure to appear. On February 6, 2025, Tucker pled guilty in both cases

to two counts of Class D felony possession of a controlled substance, one count of possession of drug paraphernalia, two counts of failure to appear, and one Class A misdemeanor count of possession of a controlled substance. Tucker was sentenced to 120 months in the Arkansas Division of Correction; however, the entry of judgment was deferred pending Tucker's successful completion of the circuit court's drug-court program.

The State filed a petition to terminate Tucker's drug-court participation and to impose sentence in both this case and the companion case based on the same allegations. The ensuing hearing was held on both cases, and we detailed the pertinent evidence presented in the companion opinion. Because the facts, the issues on appeal, and the arguments are exactly the same in both cases, we find it unnecessary to restate them here. For the reasons set forth in the companion case, we affirm the termination of Tucker's participation in the Saline County drug-court program.

Affirmed.

ABRAMSON and BROWN, JJ., agree.

*Bowers Law, PLLC*, by: *Benjamin C. Bowers*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Brooke Jackson Gasaway*, Ass't Att'y Gen., for appellee.